381 A.2d 910

Malseed, Appellant, v. Industrial Indemnity Company, . et al.

Argued September 14, 1977. William R. Pomerantz, for appellant; No appearance entered nor brief submitted for appellees, Industrial Indemnity Co., Crum & Foster Ins., and Crawford & Co.; Daniel B. Huyett, with him Liebert, Short, Fitzpatrick & Lavin, for appellee, Stephan Christides, M.D.

Order affirmed.